UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                             :

SAI MARINE EXPORT PVT LTD.,                 :

                                                                             :            19 Civ. 11364 (PAE)

                                Plaintiff,                     :

                                                                             :                   ORDER

                               -v-                                :

                                                                             :

MAERSK LINE A/S,                                 :

                                                                             :

                                                 Defendant.                :

                                                                             :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

       The Court has reviewed plaintiff's complaint, Dkt. 1, but does not see a basis for venue in this District. Counsel are directed by Friday, December 20, 2019, to file either (1) an amended complaint clarifying the basis for venue, or (2) a letter, citing apposite authority, explaining why venue is satisfied based on the present complaint. Counsel alternatively are at liberty to voluntarily dismiss the matter without prejudice, in favor of a filing in a District in which venue would be proper.

       SO ORDERED.

                                                                        Paul A. Engelmayer
                                                                       United States District Judge

Dated: December 16, 2019
        New York, New York