

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

May 6, 2020

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Street, Room 2102
New York, New York 10007

      Re:    **Consent Motion for Consolidation of Related Cases**
              **Liberty Specialty Markets Limited et al v. Maersk, Inc. et al.**
              **Case No. 1:19-cv-11373-JAN**
              **Related Case Caption: Sai Marine Export Pvt Limited v. Maersk Line A/S**
              **Related Case No.: 1:19-cv-11364-PAE**

Dear Judge Nathan,

      We represent Plaintiff, Liberty Specialty Markets Limited a/s/o Express, Inc. and Express, LLC (hereinafter "Plaintiff"), in the above-referenced case. Pursuant to Your Honor's Individual Practices ¶ 1(C), ¶ 1(H), and Federal Rule of Civil Procedure 42(a), this letter-motion is submitted jointly along with counsel for Defendants, Maersk, Inc., Maersk Line A/S, Maersk Line, Limited, and Maersk Line India Pvt Ltd. (hereinafter and solely for purposes of this letter-motion collectively referred to as "Defendants" and/or "Maersk"). Further, counsel for Plaintiff and Defendant in the Related Case (1:19-cv-11364-PAE) consent to the relief requested herein.

      Pursuant to Federal Rule of Civil Procedure 42(a), counsel for Plaintiff and Defendants respectfully request to consolidate the instant matter with the Related Case pending before the Southern District of New York and captioned *Sai Marine Export Pvt Limited v. Maersk Line A/S et al,* Case No. 1:19-cv-11364-PAE. The subject actions both arise from alleged damages and/or losses to shipments of goods carried aboard the M/V Maersk Danube during ocean transit from India to the United States on or around May 2018. (See Compl. [D.E. 1] ¶ 11-17 and Related Case Amend. Compl. [D.E. 7] ¶ 5). Further, the complaints in these actions relate to the same underlying events and assert the same or substantially the same claims.

      Based on the foregoing, counsel for Plaintiff and Defendants respectfully submit that consolidations of the actions will serve the interests of judicial economy.

The Honorable Alison J. Nathan<br>
United States District Judge<br>
May 6, 2020<br>
Page 2

  Should Your Honor have any questions regarding the foregoing, please do not hesitate to contact our office. Thank you for your consideration in this matter.

              Respectfully submitted,

              SPECTOR RUBIN, P.A.

              *Andrew Spector*
              Andrew R. Spector

cc: All Counsel of Record (via *ECF*)

Granted. The cases will be consolidated. The Clerk of Court is also directed to designate 19cv11373 as related to 19cv11364.

  SO ORDERED.

          _____
          PAUL A. ENGELMAYER
          United States District Judge

May 20, 2020